```
                          United States Bankruptcy Court
                             District of Massachusetts
In re:                                                        Case No. 15-41387-msh
J & J Developers, LLC                                         Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0101-4          User: pf              Page 1 of 1          Date Rcvd: Jul 24, 2015
                              Form ID: b9d          Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2015.
db          +J & J Developers, LLC,    29 Whipple Road,    Billerica, MA 01821-2210
aty         +Cynthia J Aziz,   127 South Broadway,    Lawrence, MA 01843-1425
smg          MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    PO BOX 9564,   Boston, MA  02114-9564
smg         +UNITED STATES ATTORNEY,    JOHN JOSEPH MOAKLEY,    UNITED STATES FEDERAL COURTHOUSE,
               1 COURTHOUSE WAY, SUITE 9200,    Boston, MA 02210-3011
19556177    +Atlantic Engineering and Survey Consult.,    97 Tenney Street, Suite 5,
               Georgetown, MA 01833-2200
19556178    +Beverly Bank,    254 Cabot Street,    Beverly, MA 01915-4587
19556179    +Lynne Black and Jose A. Nunes,    18 Highland Park,    Peabody, MA 01960-3216
19556180    +Thomas J. Delaney, Esq,    Goddard, Scuteri & Delaney,    27 Congress St,   Salem, MA 01970-5541
19556182    +United Site Services Northeast, Inc,    PO Box 5502,    Binghamton, NY 13902-5502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: BJGMARSH.COM Jul 24 2015 22:43:00      Janice Marsh,    Marsh Law, LLC,    446 Main Street,
               19th Floor,    Worcester, MA 01608-2368
smg         +E-mail/Text: duabankruptcy@detma.org Jul 24 2015 22:46:05      CHIEF COUNSEL, LEGAL DEPARTMENT,
               DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,    COMMONWEALTH OF MASSACHUSETTS,
               19 STANIFORD STREET,1ST FLOOR,    Boston, MA 02114-2502
smg          E-mail/Text: born.emily@dol.gov Jul 24 2015 22:46:06      US DEPARTMENT OF LABOR,
               EMPLOYEE BENEFITS,    JFK FEDERAL BUILDING,    ROOM 575,   Boston, MA  02203
ust         +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Jul 24 2015 22:46:01      Richard King,
               Office of US. Trustee,    446 Main Street,    14th Floor,   Worcester, MA 01608-2361
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19556181*   +Thomas J. Delaney, Esq,    Goddard, Scuteri & Delaney,    27 Congress St,   Salem, MA 01970-5541
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2015 at the address(es) listed below:
          Cynthia J Aziz    on behalf of Debtor   J & J Developers, LLC cinjj@yahoo.com,
           cynthiajaziz_minasianaziz.attys@yahoo.com
          Janice Marsh    janicemarsh1@gmail.com, MA44@ecfcbis.com
          Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
                                                                                              TOTAL: 3
```

**B9D (Official Form 9D)** (Chapter 7 Corporation/Partnership Asset Case) (12/12)     Case Number **15–41387 –msh**

# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 7 bankruptcy case on 7/20/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim or document you submit to the court.**

Debtor (name(s) used in the last 8 years, including trade or d/b/a) and addresses:
J & J Developers, LLC
29 Whipple Road
Billerica, MA 01821

| **Case Number:** <br> 15–41387 –msh | Taxpayer ID/Employer ID/Other Nos.: <br> 20–8827429 |
|---|---|
| Attorney for Debtor (name and address): <br> Cynthia J Aziz <br> 127 South Broadway <br> Lawrence, MA 01843 <br> Telephone number: 978–682–5560 | Bankruptcy Trustee (name and address): <br> Janice Marsh <br> Marsh Law, LLC <br> 446 Main Street <br> 19th Floor <br> Worcester, MA 01608 <br> Telephone number: 508–797–5500 |

## Meeting of creditors

Date: **August 25, 2015**      Time: **01:00 PM**
Location: **Worcester U.S. Trustee Office, 446 Main Street, 1st Floor, Worcester, MA 01608**

## Deadlines:
**Papers must be *received* by the bankruptcy clerk's office no later than 4:30 PM (Eastern Time) by the following deadlines:**

**Deadline to file a proof of claim:**

For all creditors (except a governmental unit): **11/23/15**     For a governmental unit: 180 days from the date the bankruptcy petition was filed.

**Deadline to file §503(b)(9) requests:** Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty (20) days of bankruptcy) must be received in the Bankruptcy Clerk's office within sixty (60) days from the first date set for the meeting of creditors.

## Creditors with foreign address:
A creditor to whom this notice is sent to a foreign address should read the information on the reverse side under "Claims".

## Creditors may not take certain actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** <br> U. S. Bankruptcy Court <br> 595 Main Street <br> Worcester, MA 01608 <br> Telephone number: 508–770–8900 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> James M. Lynch |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: 7/24/15 |

**Please refer to both sides for important information**

**EXPLANATIONS**     B9D (Official Form 9D) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (Title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | **The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case.** |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to thirty (30) days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") may be obtained from any bankruptcy clerk's office or printed from the Court's website at (http://www.mab.uscourts.gov/mab/creditorinformation). You may also file your claim electronically through the court's website. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditors with Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**Refer to other side for important deadlines and notices**